**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

James Rivera, individually and on behalf of all others similarly situated,

                Plaintiff,

                v.

Collecto, Inc. d/b/a EOS CCA,

                Defendant.

Case No: 1:20-cv-02274-RJD-JRC

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 18, 2021

| **GORDON REES SCULLY MANSUKHANI** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:   /s Matthew Johnson | By:   /s Craig B. Sanders |
| Matthew Johnson, Esq. | Craig B. Sanders |
| One Battery Park Plaza, 28th Floor | 100 Garden City Plaza, Suite 500 |
| New York, NY 10004 | Garden City, New York 11530 |
| Tel: (212) 453-0767 | Tel. (516) 203-7600 |
| Email: mjohnson@grsm.com | Email: *csanders@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 118997 |
| | *Attorneys for Plaintiff* |

The Clerk of the Court is directed to close this case.
So Ordered.
5/19/2021
    /S/ Raymond J. Dearie